IN THE CIRCUIT COURT OF MONTGOMERY COUNTY, ALABAMA

| | |
|---|---|
| NORMENT SECURITY GROUP, INC., a Delaware corporation, | * * * |
| Plaintiff, | * * |
| v. | * CASE NO: CV-05- 2856 |
| DIEBOLD INCORPORATED, an Ohio corporation, | * * * * |
| Defendant. | * |

**COMPLAINT**

1. Plaintiff, Norment Security Group, Inc. ("Norment"), is a corporation organized under the laws of the state of Delaware with its principal place of business in Montgomery County, Alabama.

2. Defendant, Diebold Incorporated, ("Diebold"), is a corporation organized under the laws of the state of Ohio which does business in Alabama. Diebold's registered agent for conducting business in the state of Alabama is The Corporation Company, located at 2000 Interstate Park Drive, Suite 204, Montgomery, Alabama, 36109.

3. Norment manufactures blast resistant and ballistic windows in Montgomery, Alabama. Diebold has been purchasing ballistic windows from Norment in Montgomery on a continuous basis for several years. On October 15, 2004, Norment proposed to manufacture ballistic 3' 8"x 8' windows for Diebold at a price of $2,450.00 per window for a minimum order of 50 windows. On October 18, 2004, Diebold accepted Norment's proposal and authorized Norment to proceed with the production of 50 3' 8"x 8' windows and Norment produced the windows as approved by Diebold. Two

3' 8"x 8' windows were shipped to Diebold on February 9, 2005, and on February 11, 2005, Norment requested instructions for the shipment of the remaining windows. Diebold refuses to take shipment of the remaining windows or pay for the windows. Diebold's refusal to take shipment and pay for the windows is a breach of the agreement reached between the parties on October 18, 2004.

WHEREFORE, Norment demands judgment against Diebold Incorporated for compensatory damages in the amount of $122,500.00 for the 50 windows ordered by Diebold and additional compensatory damages for window rework and window storage. Norment also seeks pre-judgment interest and the costs of this action. Norment respectfully seeks all further and different relief to which it may be entitled in the premises.

_____
Marvin H. Campbell (CAM019)
P.O. Box 4979
Montgomery, AL 36103
(334) 263-7591


_____
Angela J. Crosby (ASB 5804-L58C)
3224 Mobile Highway
Montgomery, AL 36108
(334) 281-8440

ATTORNEYS FOR PLAINTIFF
NORMENT SECURITY GROUP, INC.


**JURY DEMAND: PLAINTIFF DEMANDS A TRIAL BY STRUCK JURY**