IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **NORMENT SECURITY GROUP, INC.,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | )   2:05-CV-1197-B |
| | ) |
| **DIEBOLD INCORPORATED,** | ) |
| | ) |
| **Defendants.** | ) |

**REPORT OF PARTIES' PLANNING MEETING**

1. **Appearances**.   Pursuant to Fed. R. Civ. P. 26(f), a meeting was held on January 26, 2006, at the offices of Huie, Fernambucq & Stewart, LLP, in Birmingham, Alabama, and was attended by:

James R. Shaw for defendant;

Marvin H. Campbell for plaintiff;

2. **Pre-Discovery Disclosures**.   The parties will exchange the information required by Local Rule 26.1(a)(1) by the twentieth day after the filing of this report of parties' planning meeting.

3. **Discovery Plan**. The parties jointly propose to the Court the following discovery plan:

　　a.   Discovery will be needed on the allegations of the plaintiff that the defendant is indebted; the allegation of the plaintiff that the defendant agreed to the purchase made the subject of the Complaint; the design development changes made by the plaintiff

Norment to the security windows; the defendant's defenses of not having authorized or ordered the changes and all aspects of the claims and defenses of the parties.

      b.      All discovery must be commenced in time to be completed by August 31, 2006.

      c.      Maximum of 40 interrogatories, including subparts, by each party to any other party, with responses due 30 days after service.

      d.      Maximum of 30 requests for admission, including subparts, by each party to any other party, with responses due 30 days after service.

      e.      Maximum of 20 requests for production, including subparts, by each party to any other party, with responses due 30 days after service.

      f.      Maximum of 5 depositions by each party, with a maximum time limit of 7 hours per deposition, unless extended by agreement of the parties.

      g.      Supplementation under Rule 26(e) due 30 days from discovery by counsel, not later than 60 days prior to the close of discovery.

      h.      Reports from retained experts under Rule 26(a)(2) shall be due from plaintiff by June 1, 2006, and from defendants by July 15, 2006.

4. **Pleadings.**

      a.      Plaintiff shall be allowed until June 1, 2006, to join additional parties and to amend the pleadings.

      b.      Defendants shall have until June 1, 2006, to join additional parties and to amend the pleadings.

      c.      All potentially dispositive motions shall be filed by August 1, 2006.

5. **Trial**.

   a. The parties request a pretrial conference in September, 2006.

   b. The case should be ready for trial by October, 2006 and is expected to last approximately 2 days.

   c. Final lists of witnesses and exhibits under Rule 26(a)(3) shall be due 30 days prior to the trial date and parties shall have 14 days after service thereof to object.

6. **Other Items.**

   a. The parties do not request a conference with the Court before the entry of the Scheduling Order.

   b. The parties do not consider this case suitable for mediation under the Court's ADR plan until discovery is complete.

7. It is possible that this case could be suitable for mediation under an ADR plan prior to completion of discovery.

Submitted this 27th day of January, 2006.

                                              s/James R. Shaw
                                              James R. Shaw
                                              HUIE, FERNAMBUCQ & STEWART, LLP
                                              Three Protective Center
                                              2801 Hwy 280 South, Suite 200
                                              Birmingham, AL 35223
                                              (205) 251-1193
                                              (205) 251-1256
                                              jrs@hfsllp.com
                                                 Alabama Bar No.: 7523-H49J
                                              Attorneys for Defendant

                                            s/Marvin H. Campbell
                                            Marvin H. Campbell
P. O. Box 4979
Montgomery, AL 36103
(334) 263-7591
mhcfirm@aol.com
Alabama Bar No.: ASB6616-A50M
Attorney for Plaintiff