IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| **NORMENT SECURITY GROUP, INC.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:05cv1197-MHT |
| | ) | |
| **DIEBOLD INCORPORATED,** | ) | NO ORAL ARGUMENT |
| | ) | REQUESTED |
| **Defendants.** | ) | |

## MOTION TO ALTER SCHEDULING ORDER

Comes now the defendant, Diebold, Inc., through its counsel, and requests that paragraph 1 of the Uniform Scheduling Order be altered for convenience of counsel. Counsel has prior plans of a personal nature ten days prior to and ten days after August 27, 2006. It is requested that the Court alter the date of the pretrial hearing in this case so that the matter is either on or prior to August 17, 2006 or on or after September 4, 2006. Otherwise, counsel respectfully requests the authority to send alternate counsel to the pretrial conference which is recognized as not being a desirable alternative.

Opposing counsel, the Honorable Marvin Campbell, has been consulted and does not oppose this motion.

*(Signature on next page)*

```
                              Respectfully submitted,

                              s/James R. Shaw
                              James R. Shaw
                              HUIE, FERNAMBUCQ & STEWART, LLP
                              Three Protective Center
                              2801 Hwy 280 South, Suite 200
                              Birmingham, AL 35223
                              (205) 251-1193
                              (205) 251-1256
                              jrs@hfsllp.com
                              Alabama Bar No.: 7523-H49J
                              Attorneys for Defendant
```

**CERTIFICATE OF SERVICE**

I certify that on February 13, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Marvin H. Campbell
P. O. Box 4979
Montgomery, AL 36103
(334) 263-7591
mhcfirm@aol.com
Alabama Bar No.: ASB6616-A50M
Attorney for Plaintiff

```
                              Respectfully submitted,

                              s/James R. Shaw
                              James R. Shaw
                              HUIE, FERNAMBUCQ & STEWART, LLP
                              Three Protective Center
                              2801 Hwy 280 South, Suite 200
                              Birmingham, AL 35223
                              (205) 251-1193
                              (205) 251-1256
                              jrs@hfsllp.com
                              Alabama Bar No.: 7523-H49J
                              Attorneys for Defendant
```