IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| NORMENT SECURITY GROUP, INC., a Delaware Corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>DIEBOLD INCORPORATED, an Ohio Corporation,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)    CIVIL ACTION NO.<br>)      2:05cv1197-MHT<br>)<br>)<br>)<br>)<br>) |

ORDER

It is ORDERED as follows:

(1) Defendant's motion to alter (Doc. No. 7) is granted.

(2) The uniform scheduling order (Doc. No. 6) is amended to reflect that the pretrial is set for August 17, 2006, with all deadlines expressly tied to this date adjusted accordingly.

DONE, this the 15th day of February, 2006.


       /s/ Myron H. Thompson
     UNITED STATES DISTRICT JUDGE