IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| NORMENT SECURITY GROUP, INC., a Delaware Corporation, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) ) | CIVIL ACTION NO. 2:05cv1197-MHT |
| DIEBOLD INCORPORATED, an Ohio Corporation, | ) ) ) | |
| Defendant. | ) | |

### ORDER

It is ORDERED that defendant's motion for summary judgment (doc. no. 10) is set for submission, without oral argument, on June 13, 2006, with plaintiff's brief and evidentiary materials due by said date.

DONE, this the 25th day of May, 2006.

/s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**