IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

NORMENT SECURITY GROUP,    )
INC., a Delaware           )
Corporation,               )
                           )
    Plaintiff,             )
                           )      CIVIL ACTION NO.
  v.                       )      2:05cv1197-MHT
                           )
DIEBOLD INCORPORATED,      )
an Ohio Corporation,       )
                           )
    Defendant.             )

ORDER

At the oral request of the parties, it is ORDERED that defendant's motion for summary judgment (doc. no. 10) is denied without prejudice.

DONE, this the 15th day of June, 2006.

                                   /s/ Myron H. Thompson
                            UNITED STATES DISTRICT JUDGE