IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
NORMENT SECURITY GROUP,      )
INC., a Delaware             )
Corporation,                 )
                             )
    Plaintiff,                )
                             )       CIVIL ACTION NO.
    v.                       )       2:05cv1197-MHT
                             )
DIEBOLD INCORPORATED,        )
an Ohio Corporation,         )
                             )
    Defendant.               )
```

ORDER

It is ORDERED that the motion to set aside (doc. no. 15) is set for submission, without oral argument, on October 16, 2006, with all briefs due by said date.

DONE, this the 10th day of October, 2006.

                                        /s/ Myron H. Thompson
                                **UNITED STATES DISTRICT JUDGE**