IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| NORMENT SECURITY GROUP, INC., a Delaware Corporation, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | CIVIL ACTION NO. 2:05cv1197-MHT |
| DIEBOLD INCORPORATED, an Ohio Corporation, | ) ) ) ) | |
| Defendant. | ) | |

ORDER

It is ORDERED that the motion to set aside judgment and reinstate case (doc. no. 15) is set for an evidentiary hearing on November 2, 2006, at 10:00 a.m. at the Frank M. Johnson, Jr. United States Courthouse Complex, Courtroom 2FMJ, One Church Street, Montgomery, Alabama 36104.

DONE, this the 18th day of October, 2006.

                    /s/ Myron H. Thompson
            UNITED STATES DISTRICT JUDGE