IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| NORMENT SECURITY GROUP, )<br>INC., a Delaware )<br>Corporation, )<br> )<br>    Plaintiff, )<br> )      CIVIL ACTION NO.<br>    v. )      2:05cv1197-MHT<br> )<br>DIEBOLD INCORPORATED, )<br>an Ohio Corporation, )<br> )<br>    Defendant. ) | |

### ORDER

It is ORDERED that the evidentiary hearing on the motion to set aside judgment and reinstate case (doc. no. 15) set for November 2, 2006, shall begin at <u>8:30 a.m.</u> rather than 10:00 a.m at the Frank M. Johnson, Jr. United States Courthouse Complex, Courtroom 2FMJ, One Church Street, Montgomery, Alabama 36104.

DONE, this the 27th day of October, 2006.

              /s/ Myron H. Thompson
              UNITED STATES DISTRICT JUDGE