```
           IN THE UNITED STATES DISTRICT COURT
          FOR THE MIDDLE DISTRICT OF ALABAMA
                   NORTHERN DIVISION
```

**NORMENT SECURITY GROUP, INC.,** )
                                  )
      **Plaintiff,**    )
                                  )     **CIVIL ACTION NO.**
**v.**                               )     **2:05cv1197.MHT**
                                  )
**DIEBOLD INCORPORATED,**     )
                                  )
      **Defendant.**   )

<u>**JOINT MOTION OF PARTIES**</u>
<u>**FOR CONSENT ORDER**</u>

    Plaintiff, Norment Security Group, Inc. and defendant, Diebold, Inc., by and through their respective undersigned counsel, and jointly move the Court to enter the proposed order attached hereto.

                                          Respectfully submitted,

                                          __s/ Marvin H. Campbell_____
                                          Marvin H. Campbell
                                          Attorney for Norment Security
                                          Group, Inc.
                                          P.O. Box 4979
                                          Montgomery, AL 36104
                                          Phone:(334) 263-7591
                                          Fax: (334) 832-9476
                                          [mhcfirm@aol.com](mailto:mhcfirm@aol.com)
                                          Alabama Bar No.: 6616-A50M


                                          __s/ James R. Shaw_____
                                          James R. Shaw
                                          HUIE, FERNAMBUCQ & STEWART

```
                              Attorney for Diebold, Inc.
                              Three Protective Center
                              2801 Hwy 80 South, Suite 200
                              Birmingham, AL 35223
                              jrs@hfsllp.com
                              Alabama Bar No.: 7523-H49J
```