```
        IN THE UNITED STATES DISTRICT COURT
        FOR THE MIDDLE DISTRICT OF ALABAMA
                  NORTHERN DIVISION
```

| | | |
|---|---|---|
| **NORMENT SECURITY GROUP, INC.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **CIVIL ACTION NO.** |
| **v.** | ) | **2:05cv1197.MHT** |
| | ) | |
| **DIEBOLD INCORPORATED,** | ) | |
| | ) | |
| **Defendant.** | ) | |

### ORDER

IT IS ORDERED that the Motion to Set Aside (Doc. No. 15) is GRANTED and the Court hereby enters judgment on the Settlement Agreement and Release attached hereto and by this ORDER made a part hereof.

IT IS FURTHER ORDERED that this Court retains jurisdiction of this matter for the limited purpose of enforcement of the judgment of the Court hereby entered on the attached Settlement Agreement and Release.

DONE this the 2nd day of November, 2006.

_____
UNITED STATES DISTRICT JUDGE