IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **NORMENT SECURITY GROUP, INC.,** )<br>)<br>**Plaintiff,** )<br>)<br>**v.** )<br>)<br>**DIEBOLD INCORPORATED,** )<br>)<br>**Defendant.** ) | <br><br><br><br>**CIVIL ACTION NO.**<br>**2:05cv1197.MHT**<br>**(WO)**<br><br><br> |

### ORDER

IT IS ORDERED that the Motion for Consent Order (Doc. No. 21) and Motion to Set Aside (Doc. No. 15) are GRANTED and the Court hereby enters judgment on the Settlement Agreement and Release attached hereto and by this ORDER made a part hereof.

IT IS FURTHER ORDERED that this Court retains jurisdiction of this matter for the limited purpose of enforcement of the judgment of the Court hereby entered on the attached Settlement Agreement and Release.

DONE this the 2nd day of November, 2006.

　　　　　　　　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

Case 2:05-cv-01197-MHT-DRB     Document 22     Filed 11/02/2006     Page 2 of 2